TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jennifer Tierney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jennifer Tierney, | Case No.: 2:13-cv-01335-DGC |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| ARS National Services, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF DISMISSAL

Jennifer Tierney ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


LEMBERG & ASSOCIATES, LLC

 /s/ Trinette G. Kent
TRINETTE G. KENT
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On December 5, 2013, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on December 5, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Sara Healy<br>960 South Andreasen Drive, Suite B<br>Escondido, California 92029<br>Tel: (800) 456-5053, ext. 1444<br>sara.healy@arsnational.com<br>**Attorney for Defendants ARS National Services, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1  Executed on December 5, 2013.

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff